UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23859-CIV-MORENO

| | |
|---|---|
| TRANSITO OSORIO TZOC and all others<br>similarly situated under 29 U.S.C. 216(B),<br><br>                Plaintiff,<br>    vs.<br><br>M.A.X TRAILER SALES & RENTAL, INC.<br>d/b/a MAX THERMO SALES<br>MAXIMO RODRIGUEZ,<br><br>             Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATEMENT OF CLAIM**

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described
Statement of Claim as follows:

**Overtime Claim (6/10/11-10/23/13):**
Amount of time of one-half time per hour not compensated: $16.87
Weeks: 123
Overtime hours per week: 23
Total wages unpaid and liquidated damages: $47,725.23 X 2 = $95,450.46

*Plaintiff seeks all fees and costs under the FLSA.

*Attorney fees and costs to date:
J.H. Zidell, Esq. - 1.5 hours X $350.00 per hour = $525.00
K. David Kelly, Esq. – .7 hours X $325.00 per hour = $227.50
Chris Cochran, Esq. – .7 hours X $200.00 per hour = $140.00
Costs:  $480.00

Respectfully submitted,

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING ON 10/30/13 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**