UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23859-CIV-MORENO

TRANSITO OSORIO TZOC, and all others similarly situated under 29 U.S.C. § 216(B),

    Plaintiff,

vs.

M.A.X. TRAILER SALES & RENTAL, INC., d/b/a MAX THERMO SALES MAXIMO RODRIGUEZ,,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT AS UNTIMELY

THIS CAUSE came before the Court upon the Plaintiff's Motion to Strike Untimely Motion for Summary Judgment (**D.E. No. 24**), filed on **May 5, 2014** and Defendant's Motion for Summary Judgment (**D.E. No. 21**) filed on **May 2, 2014**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to strike is GRANTED and the motion for summary judgment is DENIED as untimely. The Court can consider the arguments at trial on a motion for judgment as a matter of law.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2014.

                                                  _____
                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record